IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SOUTHERN MISSOURI BANK OF
MARSHFIELD,
    Plaintiff,

v.                                     Case No.: 3:12cv353/MCR/EMT

PREMIER COMMUNITY BANK OF THE
EMERALD COAST, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on "Plaintiff's Motion for Dismissal of Party Summit Bank, N.A. Pursuant to Federal Rule of Civil Procedure 41(a)(2)" (doc. 107). Plaintiff Southern Missouri Bank of Marshfield ("Plaintiff") requests that the court dismiss this action as to Defendant Summit Bank ("Summit Bank") because Plaintiff and Summit Bank have reached an agreed resolution of the claims brought against Summit Bank (*id.*).

Federal Rule of Civil Procedure 41(a)(2) provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Rule 41(a)(1) provides that an action may be dismissed without an order of the court (i) by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

In the instant case, Summit Bank has filed an answer to the complaint (*see* doc. 11),[1] and Plaintiff's motion to dismiss is not accompanied by a stipulation of dismissal signed by all parties

---

[1] Summit Bank also filed a motion for summary judgment, which it withdrew (*see* docs. 51, 99).

who have appeared. While dismissal pursuant to Rule 41(a)(1) therefore is not appropriate, the court concludes that dismissal pursuant Rule 41(a)(2) is appropriate in light of the agreed resolution Plaintiff and Summit Bank have reached. Accordingly, as Plaintiff requests, as to Summit Bank, N.A., only, this action should be dismissed <u>with</u> prejudice, with each party to bear its own attorneys' fees and costs (*see* doc. 107 at 2).

Accordingly, it is respectfully **RECOMMENDED** that:

Plaintiff's Motion for Dismissal of Party Summit Bank, N.A. (doc. 107) be **GRANTED**, and Summit Bank, N.A., be **DISMISSED** with prejudice as a defendant in this cause. Each party shall bear its own attorneys' fees and costs.

At Pensacola, Florida this 22<u>nd</u> day of March 2013.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**