IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SOUTHERN MISSOURI BANK OF
MARSHFIELD,
    Plaintiff,

v.                                           Case No.: 3:12cv353/MCR/EMT

PREMIER COMMUNITY BANK OF THE
EMERALD COAST, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

        This matter is before the court on Plaintiff and Defendant FDIC's "Joint Motion for Dismissal of Plaintiff's Claims Against FDIC as Receiver for Premier Community Bank of the Emerald Coast" (doc. 123). The parties stipulate and agree that their claims have been settled to their satisfaction (*id.*). They request an order dismissing Plaintiff's claims against Defendant FDIC with prejudice, with each party to bear its own costs and attorneys' fees (*id.*).

        Rule 41(a)(1) of the Federal Rule of Civil Procedure provides that an action may be dismissed without an order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(ii). Here, Plaintiff and Defendant FDIC request dismissal of Plaintiff's claims against that Defendant, and the parties have filed a signed stipulation. Therefore, dismissal is appropriate.

        Accordingly, it is respectfully **RECOMMENDED** that:

        1.     Plaintiff and Defendant FDIC's "Joint Motion for Dismissal of Plaintiff's Claims Against FDIC as Receiver for Premier Community Bank of the Emerald Coast" (doc. 123) be **GRANTED**, and the FDIC be **DISMISSED** with prejudice as a Defendant in this cause. Each party shall bear its own attorneys' fees and costs.

        2.     Defendant FDIC's motion to dismiss (doc. 32) be **DENIED** as moot.

At Pensacola, Florida this 18th day of April 2013.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only.** A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts, **858 F.2d 698, 701 (11th Cir. 1988).**