IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SOUTHERN MISSOURI BANK OF MARSHFIELD,**

    **Plaintiff,**

v.                                         Case No.: 3:12cv353/MCR/EMT

**PREMIER COMMUNITY BANK OF THE EMERALD COAST, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 22, 2013 (doc. 108).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Dismissal of Party Summit Bank, N.A. (doc. 107) is **GRANTED**, and  Summit Bank, N.A., is **DISMISSED** with prejudice as a defendant in this cause.  Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** this 22nd day of April, 2013.

                                                          s/ *M. Casey Rodgers*
                                                          **M. CASEY RODGERS**
                                                          **CHIEF UNITED STATES DISTRICT JUDGE**