IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SOUTHERN MISSOURI
BANK OF MARSHFIELD,

    Plaintiff,
v.                                                  Case No.: 3:12cv353/MCR/EMT

PREMIER COMMUNITY BANK
OF THE EMERALD COAST, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 18, 2013 (doc. 124). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff and Defendant FDIC's "Joint Motion for Dismissal of Plaintiff's Claims Against FDIC as Receiver for Premier Community Bank of the Emerald Coast" (doc. 123) is **GRANTED**, and the FDIC is **DISMISSED** with prejudice as a Defendant in this cause. Each party shall bear its own attorneys' fees and costs.

    3.    Defendant FDIC's motion to dismiss (doc. 32) is **DENIED** as moot.

    **DONE AND ORDERED** this 20th day of May, 2013.

                                                  s/ *M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**